Floyd Sullivan, a minor, by Roy Sullivan, his father and guardian, appellee, v. Brady-Waxenberg Company, appellant. Gen. No. 8,366.

Opinion filed October 5, 1931.

Connelly, Walker, Searle & Hubbard and Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Sweeney & Eagle, for appellee; Edw. L. Eagle, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

A. A. Phelps, appellee, v. Geo. D. Whitcomb Company, appellant. Gen. No. 8,279.

Opinion filed October 5, 1931.

Gardner & Gardner, for appellant; Fred E. Gardner, of counsel. S. V. Wirick and Seyster & Fearer, for appellee.

Per curiam.

## FOURTH DISTRICT.

In re Estate of Henry Carstens, deceased, appellant, v. May Cool, appellee.

Opinion filed March 11, 1931.

Geers & Geers, for appellant. R. W. Griffith and Wesley Lueders, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Rosiclare Lead and Fluorspar Mining Company, appellee, v. Addison Outwater et al., appellants.